UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

CIVIL MINUTES - GENERAL

Case No.   SA CV08-1382-AHS(ANx)                    Date: October 6, 2009

Title:   DANIEL WAISMANN v. EMC MORTGAGE CORPORATION, et al.

================================================================
PRESENT: HON. ALICEMARIE H. STOTLER, U.S. DISTRICT JUDGE

         Ellen Matheson                    Not Present
         Deputy Clerk                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:
Not present                           Not present

PROCEEDINGS:  (In Chambers) ORDER TO SHOW CAUSE RE DISMISSAL
                           RETURNABLE: NOVEMBER 3, 2009

     The parties are hereby ordered to show cause in writing no later than **November 3, 2009**, why this case should not be dismissed for lack of prosecution as to remaining defendants, pursuant to F.R.Civ.P. Rule 41, for lack of prosecution.  No oral argument of this matter will be heard unless ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of appropriate responses noted below.

     The Court will consider the filing of:

  **X**   Proof of service of Second Amended Complaint on defendant **Nations First Lending, Inc.** in compliance with Fed.R.Civ.P. 4; **AND**,

  **X**   Answer by defendant **GMAC Mortgage, LLC.** to Second Amended Complaint, and/or an application by plaintiff for entry of default as to this defendant in compliance with Fed.R.Civ.P. 55,

on or before the date upon which the response is due, as satisfactory responses to the Order to Show Cause.

     The Clerk shall serve this minute order on parties and counsel in this action.

                                                          :
                                      Initials of Deputy Clerk:   enm

---

CV-90 (06/04)            CIVIL MINUTES-GENERAL                Page 1 of 1